# UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: ______________________

FILED BY [signature] D.C.
MAY 03 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Brandon Antione Miller
(Enter the full name of the plaintiff in this action)

v.

Javier Castillo
LAUCKNER
Sgt Joseph E Smith

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original</u>.

Your complaint must be legibly handwritten or typewritten. <u>Please do not use pencil to complete these forms</u>. The plaintiff must sign and swear to the complaint. <u>If you need additional space to answer a question, use an additional blank page</u>.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Brandon A Miller

Inmate #: 0238715

Address: PO Box 24716 West Palm Bch FL 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: ×OFFICER LAUCKNER×

is employed as FRIVILOUS TACTICAL TEAM

at Boca Raton Police Department

C. Additional Defendants: Sgt Joseph E Smith alleged×Marine

JAVIER CASTILLO

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On behalf of case number 2021CF010084 December 14th of last year and several related incidents. I filed a 1983 civil suit Depriviation of Rights/Excessive Force 4th Amendment violations against Sgt Joseph E Smith, JAVIER CASTILLO, and Louckner because hospilization was required and multiple injuries were sustained arising from purported incident while being restrained/detained. Shortly after my release of being incarcerated on Dec 14th of Last Year I was harrassed and maliciously prosecuted without cause based on my on-going Contentious Interactions between me and officers within this FRIVILOUS TACTICAL UNIT.

On March 19th 2022 regarding case number 2022CF002189 I was Racially discriminated upon and retaliated against by officer Louckner JAVIER CASTILLO, and Supervisor Sgt Joseph E Smith. I was apprehended and detained for an alleged TRESPASS violation on North Dixie Hwy/20th Street when the report alleges that the initial trespass violation occured on 1600 N Federal more then a quarter mile away from alleged violation

Before my false apprehension i was approached by officers Castillo and LAUCKNER but I refused to stop and continued to walk in a none threating manner. OFFICER LAUCKNER began to run and attempted to use unnecessary use of force by attempting to use his department issued firearm by pulling it out of holster which inflicted emotional distress

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I recommend Reprimand for officer LAUCKNER and a internal investigation w/ a great deal of Scrutiny. I also would like to have a Restraing order against OFFICER LAUCKNER from the pattern of 4th Amendment violations that has transpired against me by him personally. I am also requesting that these specific officers are not entitled to qualified immunity and that the courts grants me my due process thats afforded to me by the Constitution. I am requesting compensatory damages so far at 2,700 punitive damages 37,499 from Javier Castillo and 78,000 from LAUCKNER and 18,265 from Joseph Smith for negligent training and supervision under the same unlawful Racial descriminated, retaulitory → circumstances and failing to intervene.

Thank you

## IV. Jury Demand

Do you demand a jury trial? ☐ Yes ☑ No

STATEMENT OF CLAIM CONTINUES...

OFFICER ˣLAUCKNERˣ ATTEMPTING TO USE DEADLY FORCE IN ORDER TO Subdue PLANTIFF IN A NON-DEADLY Situation violates detainee CLEARLY ESTABLISHED 4th Amendment LAW.

These Specific officers especially ˣLAUCKNERˣ AND their unit have created a Hostile Environment which deprived me of my life, liberty, privileges and immunities and caused stress, anxiety oppression and depression. ˣLAUCKNERˣ who was the same officer who hospitalized me has harmful / dangerous PROPENSITIES. These officers are acting beyond their authority and or under a mistaken identity / interpretation of law by depriveing me of substative due process rights to be free from unlawful infringement from unreasonable searches and seizures by authorities. PLZ acknowledge that these are not allegations and that during your observation that i have established a casual link of multiple similar instances of 4th and 14th Amendment violations Submitted by Sgt Smith, JAVIER CASTILLO, AND ˣLAUCKNERˣ

Signed this 19th day of April, 20 22

Brandon A Miller
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 4/19/22

Brandon A Miller
(Signature of Plaintiff)

Notary Public State of Florida
Shanetta Davis
My Commission
HH 200326
Exp. 11/18/2025

Shanetta Davis 4/19/22

#0238715
Brandon A. Mills
PO Box 24716
W P Bch, FL 33416

LEGAL MAIL

USMS INSPECTED
BY

CLERK OF
United Stat
400 North Mi
Miami, FL